Patricia ZAMBRYSKI, Josef S. Schell, Jean P.E.C. Hernalsteens, Marc C. Van Montague, Luis R.H. Estrella, and Jan J.A. Leemans, Appellants,

v.

Stephen G. ROGERS, Robert B. Horsch, and Robert T. Fraley, Cross Appellants.

No. 05–1166, 05–1212.

United States Court of Appeals, Federal Circuit.

March 17, 2005.

*ORDER*

Upon consideration of the joint motion to voluntarily dismiss the appeal and cross-appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

THE DREAM MERCHANT COMPANY, KFT.,
Appellant,

v.

FREMONSTER THEATRICAL,
Appellee.

No. 05–1174.

United States Court of Appeals, Federal Circuit.

March 28, 2005.

*ORDER*

Upon consideration of the unopposed motion of The Dream Merchant Company Kft. to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.